# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

## MEMO ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __3/11/26__

March 9, 2026

> Application GRANTED. SO ORDERED.
>
> _[signature]_
>
> Barbara Moses
> United States Magistrate Judge
> March 11, 2026

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Diaz Soto v. Commissioner of Social Security*
               Civil Action No. 1:25-cv-10372-ER-BCM

Dear Judge Moses,

We write on behalf of our client, Janina Karin Diaz Soto, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on March 19, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines, a scheduled vacation, and a religious holiday over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 17, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 15, 2026**; and

- Plaintiff to file her reply, if any, on or before: **September 29, 2026.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Barbara C. Moses
March 9, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com


cc: Sergei Aden, Esq. (by ECF)